IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| AMANDA LOUANN DOWNING, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:23-CV-314-GCM-SCR |
| | ) |
| MARTIN O' MALLEY, [1] | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

This matter is before the Court upon the Plaintiff's unopposed Motion for Attorney's Fees. Upon consideration of the parties' Stipulation,

IT IS THEREFORE ORDERED that Plaintiff, Amanda Louann Downing, is awarded $7,100.00 in attorney fees under EAJA. The attorney fees will be paid directly to Plaintiff, Amanda Louann Downing, and sent to the business address of Plaintiff's counsel, David F. Chermol, pursuant to the assignment of fees filed in this case. Full or partial remittance of the awarded attorney fees will be contingent upon a determination by the Government that Plaintiff owes no qualifying, pre-existing debt(s) to the Government. If such a debt(s) exists, the Government will reduce the awarded attorney fees in this Order to the extent necessary to satisfy such debt(s).

---

[1] Martin O'Malley became the Commissioner of Social Security on December 20, 2023. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Martin O'Malley should be substituted for Kilolo Kijakazi as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

Signed: June 20, 2024

*Graham C. Mullen*
Graham C. Mullen
United States District Judge